413 A.2d 1130

Commonwealth v. Crawford, Appellant.

Submitted September 15, 1978. Francis J. Moran, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

618

The judgment of sentence of the lower court is hereby affirmed.